```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30441
    JOSEPH MAXIN THEODORE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-6479


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/17/2004 and was confirmed 11/01/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.20% from remaining funds.

      The case was paid in full 05/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------
ILLINOIS DEPT OF REVENUE   PRIORITY           444.85            .00            444.85
INTERNAL REVENUE SERVICE   PRIORITY          2933.60          320.64          2933.60
BALLYS                     UNSECURED       NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED          7500.00           .00            840.08
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00              .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED            .00              .00
FRANKLIN COLLEGE           UNSECURED       NOT FILED            .00              .00
INTERNAL REVENUE SERVICE   UNSECURED OTH    4243.62             .00            476.22
NICOR GAS                  UNSECURED          401.97            .00             45.02
BARRY E MORGEN             UNSECURED       NOT FILED            .00              .00
US CELLULAR                UNSECURED       NOT FILED            .00              .00
AND FIN NET                NOTICE ONLY     NOT FILED            .00              .00
WELLS FARGO                UNSECURED         14941.50           .00           1673.60
ILLINOIS DEPT OF REVENUE   UNSECURED OTH      63.74             .00              6.37
PETER FRANCIS GERACI       DEBTOR ATTY     2,200.00                          2,200.00
TOM VAUGHN                 TRUSTEE                                             519.62
DEBTOR REFUND              REFUND                                              101.96

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                9,561.96

PRIORITY                                     3,378.45
    INTEREST                                   320.64
SECURED                                            .00
UNSECURED                                    3,041.29
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           519.62
DEBTOR REFUND                                  101.96
                                        ---------------
                                        ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 30441 JOSEPH MAXIN THEODORE
```

| TOTALS | 9,561.96 | 9,561.96 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE